Reno Cafe, Incorporated Liquor License Case.

Argued March 25, 1966. *James Iannucci*, Special Assistant Attorney General, with him *Thomas J. Shannon*, Assistant Attorney General, and *Walter E. Alessandroni*, Attorney General, for Pennsylvania Liquor Control Board, appellant; *Isadore A. Shrager*, with him *Frank M. Jackson* and *Sydney Finkelstein*, for appellee.

Order affirmed.

Stell(o), Appellant, *v.* Commonwealth et al.

Submitted March 14, 1966; reargument refused May 16, 1966. *Karl H. Stell(o)*, appellant, in propria persona; *Gerald R. Walmer*, District Attorney, for Commonwealth, appellee.

Order affirmed.